UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

vs                                                                       Case No: 05-72515
                                                                         Honorable Victoria A. Roberts
B & V CONSTRUCTION,

    Defendant.
_____/

**ORDER GRANTING MOTION TO INTERVENE**

Douglas Haskins filed a Motion to Intervene as of Right (Doc. #2). The EEOC does not oppose the motion and Defendant failed to respond to it.

The Court reviewed Mr. Haskins' motion, brief and the EEOC response. Based on that review, the Court **GRANTS** the motion.

    **IT IS SO ORDERED.**

                                                                   s/Victoria A. Roberts
                                                                   Victoria A. Roberts
                                                                   United States District Judge

Dated:  August 18, 2005

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 18, 2005.

s/Linda Vertriest
Deputy Clerk

---